

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

James Dellwood Rogers, Appellant

No. 06-23-00125-CR          v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 20F0345-102). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the $2,500.00 fine. We further modify both the judgment and the bill of costs to show that Rogers's court costs, including the reimbursement costs, are waived and that his balance is $0.00. As modified, we affirm the judgment of the trial court.

We note that the appellant, James Dellwood Rogers, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 4, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk